PROB 12C
(7/93)

# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | **Mohamed Omar Samidon** | Case Number: | **CR 01-00077-001** |

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence:    January 14, 2002

Original Offense:    Importation of Crystal Methamphetamine aka "ice", in violation of 21 U.S.C. §§ 952(a) & 960.

Original Sentence:    60 months imprisonment followed by five years supervised release with conditions that he participate in a substance abuse assessment and treatment if deemed necessary, undergo a mental health assessment and undergo treatment if recommended, refrain from any use of alcohol, obtain and maintain gainful employment, perform 400 hours of community service, and pay a $100 special assessment fee.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | July 25, 2005 |
| Assistant U.S. Attorney: | Marivic P. David | Defense Attorney: | John T. Gorman |

**PETITIONING THE COURT**

☐ To issue a warrant.

☒ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)]

1.    Mandatory condition: *The defendant shall not commit another federal, state, or local crime.* **Arrested by Guam Police Department (GPD) 8/13/07 for Local Offenses - Forgery and Theft by Deception**

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for ____ years, for a total term ____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violation of Supervised Release Conditions; Request for a Summons*
**submitted by U.S. Probation Officer Robert I. Carreon**

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: September 13, 2007

I declare under penalty of perjury that the forgoing is true and correct.

/s/ ROBERT I. CARREON
U.S. Probation Officer

Executed on: September 13, 2007

**THE COURT ORDERS:**

☐ No Action.

☐ The Issuance of a Warrant.

☒ The Issuance of a Summons. A summons shall issue for Tuesday, September 25, 2007, at 10:30 a.m.

☐ Other.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 17, 2007**