# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-01-00077-001　　　　　　　　　　DATE: September 25, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:39:38 - 10:44:17
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Mohamed Omar Samidon　　　　　　Attorney: Richard Arens
　　Present　Custody　Bond　P.R.　　　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Marivic P. David　　　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　　　　　U.S. Marshal: G. Perezq
Interpreter:　　　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**

- <u>Federal Public Defender</u> appointed to represent the defendant.
- Government's oral motion for a three week continuance was <u>granted</u>.
- Proceedings continued to: <u>October 18, 2007 at 1:30 p.m.</u>
- Defendant to remain released.


NOTES: