AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**MOHAMED OMAR SAMIDON**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-01-00077 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | Room<br>302 |
|---|---|
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>**Tuesday, September 25, 2007 at 10:30 a.m.** |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    3583(e)(3)

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision and Order filed September 17, 2007

**FILED**
DISTRICT COURT OF GUAM
SEP 2 5 2007
JEANNE G. QUINATA
Clerk of Court

**RECEIVED**
SEP 21 2007
US MARSHALS SERVICE-GUAM

ORIGINAL

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

September 19, 2007
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date    9/25/2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9/25/2007
           Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.