# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-01-00077              DATE: October 18, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                     Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia Kilgore/Francine Diaz   Electronically Recorded: 1:43:49 - 2:10:05

CSO: N. Edrosa

**APPEARANCES:**
Defendant: Mohamed Omar Samidon          Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David           U.S. Agent:
U.S. Probation: Robert Carreon            U.S. Marshal: None Present
Interpreter:                              Language:

**PROCEEDINGS: Continued Petition to Revoke Supervised Release**
- Proceedings continued to: January 16, 2008 at 2:30 P.M.
- Defendant to remain released.

NOTES: Defendant pled guilty in Criminal Case No. 07-00099.