LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

JAN 15 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00077 |
| Plaintiff, ) | |
| vs. ) | MOTION TO FILE JUSTIFICATION UNDER SEAL |
| MOHAMED O. SAMIDON, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through the undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal its memorandum in justification of the parties' stipulation to continue the preliminary revocation hearing. The government makes this motion for the reasons set forth in the memorandum.

RESPECTFULLY SUBMITTED this 15th day of January 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By _____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL