LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00077 |
| Plaintiff, | |
| vs. | |
| MOHAMED O. SAMIDON, | **ORDER** |
| Defendant. | |

Based on the stipulation of parties to continue the preliminary violation hearing currently scheduled for January 16, 2008, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** the preliminary violation hearing be continued to May 16, 2008, at 2:30 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 16, 2008