1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334
   Attorneys for United States of America
6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE DISTRICT OF GUAM

9  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 01-00077
                                      )
10             Plaintiff,             )
                                      )   **STIPULATION OF PARTIES**
11                                    )   **TO CONTINUE PRELIMINARY**
         vs.                          )   **REVOCATION HEARING**
                                      )
12 MOHAMED O. SAMIDON,                )
                                      )
13             Defendant.             )
                                      )
14 _____)

15      Comes now the parties, United States of America, by and through the undersigned

16 attorneys, and defendant, MOHAMED O. SAMIDON, by and through his attorney, Richard P.

17 Arens, Assistant Federal Public Defender, and hereby stipulate and request that the preliminary

18 revocation hearing currently set for May 16, 2008, be continued to at least three (3) months

19 thereafter to be set by the Court. The parties make this request for the reason that defendant may

20 be called as a witness in the case of U.S. v. Carlito Dahilig, CR 08-00023, set for trial

21 on July 1, 2008.

22      SO STIPULATED:

23                                    LEONARDO M. RAPADAS
                                      United States Attorney
24                                    Districts of Guam and NMI

   5/6/08
25 _____            _____
   Date                               MARIVIC P. DAVID
26                                    Assistant U.S. Attorney

   5/6/0Y
27 _____            _____
   Date                               RICHARD P. ARENS
                                      Assistant Federal Public Defender
28                                    Attorney for Defendant