LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone:   (671) 472-7332/7283
Telecopier:  (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MOHAMED O. SAMIDON, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

Based on the second Stipulation of Parties to Continue the Preliminary Revocation

Hearing and the court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** the revocation hearing previously scheduled for May 16,

2008, be moved to August 19, 2008, at 2:30 p.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 09, 2008**