PROB 12C
(7/93)

# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Mohamed Omar Samidon**　　　　　　　　Case Number: **CR 01-00077-001**

Name of Sentencing Judicial Officer:　The Honorable John S. Unpingco

Date of Original Sentence:　January 14, 2002

Original Offense:　Importation of Crystal Methamphetamine a.k.a. "ice," in violation of 21 U.S.C. §§ 952(a) and 960

Original Sentence:　60 months imprisonment followed by five years supervised release with conditions that he participate in a substance abuse assessment and treatment if deemed necessary, undergo a mental health assessment and undergo treatment if recommended, refrain from any use of alcohol, obtain and maintain gainful employment, perform 400 hours of community service, and pay a $100 special assessment fee.

Type of Supervision:　Supervised Release　　　Date Supervision Commenced:　July 25, 2005
Assistant U.S. Attorney:　Marivic P. David　　　Defense Attorney:　John T. Gorman

**PETITIONING THE COURT**

☐　To issue a warrant

☒　To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision, all in violation of 18 U.S.C. § 3583

| Violation Number | Nature of Noncompliance |
|---|---|
| *Mandatory Condition* | *The defendant shall not commit another federal, state, or local crime.* |
| *Standard Condition 2* | *The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.* |

Petition for Warrant or Summons for
Offender Under Supervision                                                                              page 2

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for     years, for a total term     years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violation of Supervised Release Conditions; Request for a Summons*
**submitted by U.S. Probation Officer Maria C. Cruz**

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

Date: July 3, 2008

I declare under penalty of perjury that the forgoing is true and correct.

/s/ MARIA C. CRUZ
U.S. Probation Officer

Executed on: July 3, 2008

**THE COURT ORDERS:**

☐ No Action.

☐ The Issuance of a Warrant.

☐ The Issuance of a Summons.

☐ Other.

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00077-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| MOHAMED OMAR SAMIDON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** Violation of Supervised Release Conditions; Request for a Summons

I, U.S. Probation Officer Maria C. Cruz, am the Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Mohamed Omar Samidon and in that capacity declare as follows:

Mr. Samidon is alleged to have committed the following violations, which are in violation of 18 U.S.C. § 3583:

**Mandatory Condition:** *The defendant shall not commit another federal, state, or local crime.*

On June 24, 2008, the Hagatna Detention Facility Daily Confinement report revealed that Mohamed Omar Samidon was confined on June 23, 2008, relative to an arrest by the Guam Police Department, under Case No. KY08-16007 for Terrorizing, Family Violence, Stalking and Unlawful Restraint.

On June 25, 2008, the Probation Officer obtained a Magistrate's Complaint, filed by Guam Assistant Attorney General J. Basil O'Mallan III, which charged Mr. Samidon with the offenses, to wit: <u>First Charge</u>: Terrorizing (as a 3rd Degree Felony); <u>Second Charge</u>: Family Violence (as a Misdemeanor); and *Special Allegation* - Commission of a Felony While on Felony Release. The Complaint is docketed in the Superior Court of Guam under Case No. CF0287-08.

Declaration in Support of Petition
Re: SAMIDON, Mohamed Omar
Page 2

The Magistrate's Complaint summarized that on or about June 23, 2008 police officers were dispatched on a report of a disturbance at the Farenholt Laundromat in Tamuning, Guam. Upon their arrival, they met a female individual who informed them that her ex-boyfriend, Mohamed Samidon, had been following her and refused to leave her alone. The woman also advised officers that she had received a text message from Mohamed Samidon wherein he threatened that if she did not come back to him he would kill her and then himself. The woman told police that she was in fear for her life because of Samidon's actions and comments. Police officers observed that the woman's vehicle was being blocked by a red vehicle.

Police officers then approached the operator of the red vehicle, who was identified as Mohamad Omar Samidon. Police learned that Samidon and the woman had been in a relationship and Samidon refused to accept that their relationship was over. Samidon waived his Miranda rights and told officers that he never threatened the woman or said that he was going to kill himself, but he did admit telling her, "I'm tired. I feel like ending my life." As a result of their investigation, police officers arrested Samidon on sufficient probable cause.

On June 24, 2008, Mr. Samidon appeared for a Magistrate's Hearing before Superior Court of Guam Judge Steven S. Unpingco. He was confined in lieu of $10,000 cash bail. Mr. Samidon's next court hearing is set for July 3, 2008.

**Standard Condition 2:** *The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.*

On June 23, 2008 at 6:43 a.m., Mr. Samidon left a message on the Probation Officer's voice mail reporting that he could not perform community service at the Dededo Mayor's Office as scheduled that day because he was as "sick as a dog." He reported that his throat was sore, his chest was congested, and he was planning to stay home to rest. Guam police officers from the Tamuning-Tumon Precinct were dispatched on the disturbance report at 3:35 p.m. on June 23, 2008. Two hours later, at 5:35 p.m., Mr. Samidon was arrested for Terrorizing, Family Violence, Stalking, and Unlawful Restraint.

**Supervision Compliance**

Mr. Samidon has a balance of 38 hours of community service. He has been gainfully employed and submits his monthly supervision reports on a timely basis. Mr. Samidon paid his special assessment fee on June 13, 2002. He submitted to a DNA collection on September 15, 2005. Mr. Samidon notified this Probation Officer of his arrest on June 24, 2008.

Mr. Samidon is facing a final disposition hearing for violating his supervised release under U.S. District Court of Guam, Criminal Case No. 01-00077 by committing a new offense, to wit: being arrested on August 13, 2007, for Forgery/Theft by Deception and later charged in the Superior Court of Guam under Criminal Case No. CF387-07. Mr. Samidon is on pretrial release with the

Declaration in Support of Petition
Re: SAMIDON, Mohamed Omar
Page 3

Superior Court of Guam in CF387-07.

    Mr. Samidon is also pending sentencing in U.S. District Court of Guam under Criminal Case No. 07-00099, and is on pretrial release following the entry of a guilty plea on October 18, 2007, for the offenses, to wit: <u>Count I</u> - Bank Fraud, in violation of Title 18, United States Code, Section 1344; and <u>Count II</u> - Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

**Recommendation:** The Probation Officer respectfully requests that the Court issue a Summons for Mohamed Omar Samidon for him to appear at a hearing to answer or show cause why supervised release should not be revoked, pursuant to 18 U.S.C. § 3583(e)(3).

    I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

    Executed this 3rd day of July 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
    U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc:    Marivic P. David, AUSA
        Richard P. Arens, AFPD
        File