PROB 12C
(7/93)

# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:  **Mohamed Omar Samidon**  Case Number: **CR 01-00077-001**

Name of Sentencing Judicial Officer:  The Honorable John S. Unpingco

Date of Original Sentence:  January 14, 2002

Original Offense:  Importation of Crystal Methamphetamine a.k.a. "ice," in violation of 21 U.S.C. §§ 952(a) and 960

Original Sentence:  60 months imprisonment followed by five years supervised release with conditions that he participate in a substance abuse assessment and treatment if deemed necessary, undergo a mental health assessment and undergo treatment if recommended, refrain from any use of alcohol, obtain and maintain gainful employment, perform 400 hours of community service, and pay a $100 special assessment fee.

Type of Supervision:  Supervised Release  Date Supervision Commenced: July 25, 2005

Assistant U.S. Attorney:  Marivic P. David  Defense Attorney: John T. Gorman

**PETITIONING THE COURT**

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision, all in violation of 18 U.S.C. § 3583

| Violation Number | Nature of Noncompliance |
|---|---|
| *Mandatory Condition* | *The defendant shall not commit another federal, state, or local crime.* |
| *Standard Condition 2* | *The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.* |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violation of Supervised Release Conditions; Request for a Summons*
**submitted by U.S. Probation Officer Maria C. Cruz**

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

Date: July 3, 2008

I declare under penalty of perjury that the forgoing is true and correct.

/s/ MARIA C. CRUZ
U.S. Probation Officer

Executed on: July 3, 2008

---

**THE COURT ORDERS:**

☐ No Action.

☐ The Issuance of a Warrant.

☒ The Issuance of a Summons. **A summons shall issue for July 15, 2008, at 10:30 a.m.**

☐ Other.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 03, 2008**