AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**MOHAMED O. SAMIDON**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-01-00077-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | 302 |
| | Date and Time<br>Tuesday, July 15, 2008 at 10:30 a.m. |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3583**

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision, filed separately on July 3, 2008

**RECEIVED**
JUL 2008
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 0 9 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

_Marilyn B. Alcon_
Signature of Issuing Officer

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

July 3, 2008
Date

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 7/8/08 |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant at: Agana Lockup, Agana, Guam

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/8/08
Date

_Tony Salas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.