# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**MOHAMED O. SAMIDON,**<br><br>　　　　　Defendant. | CRIMINAL CASE  NO. 01-00077<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case nun pro tunc to July 10, 2008.

Dated this 15th day of July 2008.

　　　　　　　　　　　　　　　　　　　/s/ **Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**