# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-01-00077  DATE: July 15, 2008
CR-07-00099

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda  Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 10:51:18 - 11:00:29

**APPEARANCES:**

Defendant: Mohamed O. Samidon  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition Why Supervised Release Conditions Should Not be Revoked**

- Mr. Arens requested for a sentencing date and revocation hearing. Court sets hearing for both cases on 10/17/2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: September 8, 2008
- Response to Presentence Report: September 22, 2008
- Final Presentence Report due to the Court: October 6, 2008
- Defendant to address the violation at the hearing set for 10/17/2008.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: