DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00077 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| **MOHAMED O. SAMIDON,** | |
| Defendant. | |

This case came before the court on July 15, 2008 on an Initial Appearance re Petition Why Supervised Release Conditions Should Not Be Revoked. At the hearing, counsel for Defendant Mohamed O. Samidon requested that the case be set for revocation hearing. Accordingly, the court scheduled a hearing for October 17, 2008 at 9:30 a.m. before Chief Judge Frances Tydingco-Gatewood.

Therefore, the revocation hearing currently scheduled for August 19, 2008 at 2:30 p.m. shall be moved to October 17, 2008 at 9:30 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 17, 2008**